UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS INC., Plaintiff, v. ARKEMA INC., Defendant. | CIVIL ACTION Civil Action No. _____ 07 CIV 6243 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
ARKEMA INC. PURSUANT TO FED. R. CIV. PRO. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Arkema Inc. submits the following statement: Arkema Inc. is a wholly-owned subsidiary of Arkema Delaware, Inc. There are no publicly held companies that own 10% or more of the stock of Arkema Inc., however, Arkema Inc. is indirectly owned by Arkema, which is a French public company.

Dated:  New York, New York
        July 6, 2007

RECEIVED
JUL 0 6 2007
U.S.D.C. S.D. N.Y.
CASHIERS

BUCHANAN INGERSOLL & ROONEY PC

By: _____
    Ryan Farley, Esq. (RF-6984)

One Chase Manhattan Plaza, 35th Floor
New York, NY  10005-1412
(212) 440-4400 - Telephone
(212) 440-4401 - Fax

                              Steven E. Bizar (SB-1660)
                              Meredith Myers LeConey (of counsel)
                              1835 Market St., 14th Floor
                              Philadelphia, PA 19103
                              T:  (215) 665-8700
                              F:  (215) 665-8760

                              *Attorneys for Defendant Arkema Inc.*

To:    Barry J. Glickman, Esquire
        Zeichner Ellman & Krause LLP
        575 Lexington Avenue
        New York, NY  10022

        *Attorneys for Plaintiff*
        *Gifford Group Inc. d/b/a Just Plastics*
        *f/k/a Just Plastics Inc.*