UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GIFFORD GROUP, INC. d/b/a JUST PLASTICS
f/k/a JUST PLASTICS INC.,

                              Civil Action No.: 07 CV 6243 (JGK)

                Plaintiff,

    -against-

ARKEMA INC.,

                Defendant.
_____X

## NOTICE OF CHANGE OF ADDRESS

**To:**    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Ryan Patrick Farley

☒    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __RF-6984__.

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From:    Mayer, Brown, Rowe & Maw, LLP

    To:    Buchanan Ingersoll & Rooney PC

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:*    **One Chase Manhattan Plaza, 35th Floor, New York, New York 10005**

| | | |
|---|---|---|
| ☒ | *Telephone Number:* | (212) 440-4400 |
| ☒ | *Fax Number:* | (212) 440-4401 |
| ☒ | *E-Mail Address:* | ryan.farley@bipc.com |

Dated: July 11, 2007

                                      /s/ Ryan P. Farley
                                Ryan Patrick Farley
                                BUCHANAN INGERSOLL & ROONEY PC
                                *Attorneys for Defendant Arkema Inc.*
                                One Chase Manhattan Plaza, 35th Floor
                                New York, New York 10005
                                Tel:   (212) 440-4400
                                Fax:   (212) 440-4401
                                e-mail: ryan.farley@bipc.com