UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

GIFFORD GROUP, INC. d/b/a JUST PLASTICS
f/k/a JUST PLASTICS INC.,

                              Plaintiff,

           -against-

ARKEMA INC.,

                              Defendant.

———————————————————————X

Civil Action No.: 07 CV 6243 (JGK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned appears as counsel in the above-captioned action for defendant ARKEMA INC. and requests that all future documents and papers be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
      July 11, 2007

                  BUCHANAN INGERSOLL & ROONEY PC

                  By: _Ryan P. Farley_____
                      Ryan P. Farley (RF 6984)
                      Attorneys for Defendant
                      ARKEMA INC.
                      One Chase Manhattan Plaza, 35th Fl
                      (212) 440-4400 (tel)
                      (212) 440-4401 (fax)
                      ryan.farley@bipc.com (e-mail)

TO:    Barry J. Glickman, Esq.
        ZEICHNER ELLMAN & KRAUSE LLP
        *Attorneys for Plaintiff Gifford Group Inc.*
        *d/b/a Just Plastics f/k/a Just Plastics Inc.*
        575 Lexington Avenue
        New York, New York 10022