UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

GIFFORD GROUP, INC. d/b/a JUST PLASTICS
f/k/a JUST PLASTICS INC.,

                  Plaintiff,

       -against-

ARKEMA INC.,

                  Defendant.

_____X

Civil Action No.: 07 CV 6243

**AFFIDAVIT OF SERVICE**

**Louis Costanzo**, being duly sworn, deposes and says:

    1.    That deponent is over 18 years of age and is employed by Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

    2.    On July 6, 2007, deponent served via UPS Overnight Delivery, a true and correct copy of the above-captioned Notice of Removal, Rule 7.1 Corporate Disclosure Statement and Civil Cover Sheet upon the following attorney:

Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
*Attorneys for Plaintiff*
*Gifford Group Inc. d/b/a Just Plastics*
*f/k/a Just Plastics Inc.*
575 Lexington Avenue
New York, New York 10022

                                            _____
                                              Louis Costanzo

Sworn to before me this
6th day of July 2007

_____
NOTARY PUBLIC

MARIE GALVIN MOTT
Notary Public, State of New York
No. 01MO4795926
Qualified in Kings County
Certificate Filed in New York County
Commission Expires _____ 20___