UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GIFFORD GROUP, INC. d/b/a JUST PLASTICS
f/k/a JUST PLASTICS INC.,

                     Plaintiff,

-against-

ARKEMA INC.,

                     Defendant.
_____X

Civil Action No.: 07 CV 6243

**AFFIDAVIT OF SERVICE**

**Louis Costanzo**, being duly sworn, deposes and says:

1. That deponent is over 18 years of age and is employed by Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

2. On July 11, 2007, deponent served via United States First Class Mail, a true and correct copy of the above-captioned Notice of Appearance and Notice of Change of Address upon the following attorney:

Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
*Attorneys for Plaintiff*
*Gifford Group Inc. d/b/a Just Plastics*
*f/k/a Just Plastics Inc.*
575 Lexington Avenue
New York, New York 10022

                                             _____
                                             Louis Costanzo

Sworn to before me this
11th day of July 2007

_____
NOTARY PUBLIC

ELLIOT J. BLUMENTHAL
Notary Public, State of New York
No. 02BL5037221
Qualified in Nassau County
Commission Expires Dec. 19, 2010