IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARKEMA INC., <br><br> Defendant. | CIVIL ACTION <br><br> Docket No. 07-CV-6243 (JGK) <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned appears as counsel in the above-captioned action for defendant ARKEMA INC. and requests that all future documents and papers be served upon the undersigned at the office and post office address stated below.

Dated: Philadelphia, Pennsylvania
       July 12, 2007                    BUCHANAN INGERSOLL & ROONEY PC

                                                     By: _____
                                                         Steven E. Bizar (SB-1666)
                                                         1835 Market St., 14th Floor
                                                         Philadelphia, PA 19103
                                                          T: (215) 665-8700
                                                          F: (215) 665-8760
                                                          Attorneys for Defendant Arkema Inc.
                                                          steven.bizar@bipc.com (e-mail)

TO:    Barry J. Glickman, Esquire
         ZEICHNER ELLMAN & KRAUSE LLP
         *Attorneys for Plaintiff Gifford Group Inc.*
         *d/b/a Just Plastics f/k/a Just Plastics Inc.*
         575 Lexington Avenue
         New York, New York 10022