IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS, INC., | CIVIL ACTION |
| Plaintiff, | Docket No. 07-CV-6243 (JGK) |
| v. | |
| ARKEMA INC., | **AFFIDAVIT OF SERVICE** |
| Defendant. | |

**Linda Leighton**, being duly sworn, deposes and says:

1.      That deponent is over 18 years of age and is employed by Buchanan Ingersoll & Rooney PC, 1835 Market Street, 14th Floor, Philadelphia, PA 19103.

2.      On July 12, 2007, deponent served via United States First Class Mail, a true and correct copy of the above-captioned Notice of Appearance upon the following attorney:

Barry J. Glickman, Esquire
ZEICHNER ELLMAN & KRAUSE LLP
*Attorneys for Plaintiff*
*Gifford Group Inc. d/b/a Just Plastics*
*f/k/a Just Plastics Inc.*
575 Lexington Avenue
New York, New York 10022

_____
Linda Leighton

Sworn to before me this
12th day of July 2007

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 1, 2010