IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a<br>JUST PLASTICS f/k/a JUST PLASTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARKEMA INC.,<br><br>Defendant. | CIVIL ACTION<br><br>Docket No. 07-CV-6243 (JGK) |

## NOTICE OF MOTION TO DISMISS BY DEFENDANT ARKEMA INC. PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, and all prior pleadings and proceedings held and had herein, defendant Arkema Inc. ("Arkema") respectfully moves the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing with prejudice all claims asserted against Arkema by Plaintiff for failure to state a cause of action upon which relief may be granted. In further support of this Motion, Arkema refers the Court to the attached memorandum of law, the contents of which are incorporated herein by reference.

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Ryan P. Farley, Esq. (RF-6984)
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1412
(212) 440-4400 - Telephone
(212) 440-4401 - Fax

                                        Steven E. Bizar (SB-1666)
                                        1835 Market St., 14th Floor
                                        Philadelphia, PA 19103
                                        T: (215) 665-8700
                                        F: (215) 665-8760

Dated: July 12, 2007                      ***Attorneys for Defendant Arkema Inc.***