IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a<br>JUST PLASTICS f/k/a JUST PLASTICS, INC.,<br><br>                        Plaintiff,<br><br>      v.<br><br>ARKEMA INC.,<br><br>                        Defendant. | CIVIL ACTION<br><br>Docket No. 07-CV-6243 (JGK)<br><br>**AFFIDAVIT OF SERVICE** |

**Linda Leighton**, being duly sworn, deposes and says:

    1.    That deponent is over 18 years of age and is employed by Buchanan Ingersoll & Rooney PC, 1835 Market Street, 14th Floor, Philadelphia, PA 19103.

    2.    On July 12, 2007, deponent served via United States First Class Mail, a true and correct copy of the above-captioned Notice of Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and supporting Memorandum of Law upon the following attorney:

Barry J. Glickman, Esquire
ZEICHNER ELLMAN & KRAUSE LLP
*Attorneys for Plaintiff*
*Gifford Group Inc. d/b/a Just Plastics*
*f/k/a Just Plastics Inc.*
575 Lexington Avenue
New York, New York 10022

                                                                *Linda Leighton*
                                                                Linda Leighton

Sworn to before me this
12th day of July 2007

*[signature]*
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY CHERI PEARCE, Notary Public
City of Philadelphia, Phila County
My Commission Expires June 1, 2010