USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>ARKEMA, INC.,<br><br>Defendant. | Case No.: 07CV6243(JGK)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time for plaintiff GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS, INC to respond to Arkema Inc.'s motion to dismiss is extended to and including August 21, 2007. This is the first extension sought. The original time to serve a response to the Motion is July 30, 2007. This Stipulation may be executed in one (1) or more counterparts each of which shall constitute an original; and a facsimile copy of this Stipulation shall be deemed an original.

Dated: New York, New York
July 30, 2007

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Ryan P. Farley (RF-6944)
Attorneys for Defendant
Arkema, Inc.
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005-1412
(212) 440-4400

ZEICHNER ELLMAN & KRAUSS LLP

By: _____
Greg M. Bernhard (GB-7115)
Attorneys for Plaintiff
Gifford Group, Inc. d/b/a Just Plastics f/k/a Just Plastics Inc.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:
7/31/07
_____
U.S.D.J.