USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS INC., <br><br> Plaintiffs, <br><br> - against - <br><br> ARKEMA, INC., <br><br> Defendant. | Case No.: 07CV6243 (JGK) <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time for plaintiff GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS, INC to respond to Arkema Inc.'s motion to dismiss is extended to and including September 7, 2007. This is the second extension sought. The original time to serve a response to the Motion was July 30, 2007 and was adjourned on consent until August 21, 2007 by stipulation, so ordered on July 31, 2007.

IT IS FURTHER STIPULATED that Arkema, Inc.'s time to reply will be adjourned to September 21, 2007.

This Stipulation may be executed in one (1) or more counterparts each of which shall constitute an original; and a facsimile copy of this Stipulation shall be deemed an original.

Dated: New York, New York
August 20, 2007

BUCHANAN INGERSOLL & ROONEY PC

By: *[signature]*
Ryan P. Farley (RF-69__)
Attorney for Defendant
Arkema, Inc.
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005-1412
(212) 440-4400

ZEICHNER ELLMAN & KRAUSE LLP

By: *[signature]*
Greg M. Bernhard (GB-7115)
Attorneys for Plaintiff
Gifford Group, Inc. d/b/a Just Plastics
f/k/a Just Plastics Inc.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED: *[signature]*
U.S.D.J.

8/23/07

508250.01/2008-008/GB

2