

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS INC., <br><br> Plaintiffs, <br><br> - against - <br><br> ARKEMA, INC., <br><br> Defendant. | Case No.:   07CV6243 (JGK) <br><br> **STIPULATION AND ORDER** |

       IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that the time for plaintiff GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS, INC to respond to Arkema Inc.'s motion to dismiss is extended to and including September 28, 2007. This is the third extension sought. The original time to serve a response to the Motion was July 30, 2007 and was adjourned on consent until August 21, 2007 by stipulation, so ordered on July 31, 2007. A second extension was sought until September 7, 2007 by stipulation, so ordered on August 23, 2007. A third stipulation is sought as the parties have reached a settlement in principle and anticipate that either a stipulation of discontinuance will be filed or a response to the motion will be served by September 28, 2007.

       IT IS FURTHER STIPULATED that Arkema, Inc.'s time to reply will be adjourned to October 29, 2007.

This Stipulation may be executed in one (1) or more counterparts each of which shall constitute an original; and a facsimile copy of this Stipulation shall be deemed an original.

Dated:  New York, New York
        September 7, 2007

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Ryan P. Farley
Ryan P. Farley (RF-6984)
Attorney for Defendant
  Arkema, Inc.
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005-1412
(212) 440-4400

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Greg M. Bernhard
Greg M. Bernhard (GB-7115)
Attorneys for Plaintiff
  Gifford Group, Inc. d/b/a Just Plastics
  f/k/a Just Plastics Inc.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:

/s/ JGK
U.S.D.J
9/10/07

510345.01/2005-005/GB

2