

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIFFORD GROUP, INC. d/b/a JUST PLASTICS f/k/a JUST PLASTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARKEMA INC., <br><br> Defendant. | CIVIL ACTION <br><br> Docket No. 07-CV-6243 (JGK) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Gifford Group, Inc. d/b/a Just Plastics f/k/a Just Plastics, Inc., and Defendant Arkema Inc., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby JOINTLY STIPULATE to the dismissal of Plaintiff's Complaint WITH PREJUDICE, with each party to bear it's own costs and fees.

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esquire (BG 5877)
575 Lexington Avenue
New York, NY 10022
T: 212-826-5327
F: 212-753-0396

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Ryan P. Farley, Esquire (RF 6984)
One Chase Manhattan Plaza, 35th Floor
New York, NY 1005-1412
T: 212-440-4400
F: 212-440-4401

SO ORDERED:

_____
U.S.D.J.

10/4/07